# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

AMOS JAMES STROUP, JR.
ADC #108618                                                              PLAINTIFF

v.                          No. 3:21-cv-158-DPM-ERE

HALL, HSA/Infirmary Supervisor, WellPath,
NCU, Medical; LAKE, APN, WellPath, NCU
Medical; HEARYMAN, M.D., WellPath NCU,
Medical; and WELLPATH, INC., Medical
Provider, NCU                                                            DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's partial recommendation, Doc. 5, and overrules Stroup's objections, Doc. 8. FED. R. CIV. P. 72(b)(3). If Stroup wants to plead more facts, then he must file an amended complaint. But he can't amend his complaint by way of his objections. WellPath is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 September 2021