# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**AMOS JAMES STROUP, JR.**　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #108618**

V.　　　　　　NO. 3:21-cv-158-DPM-ERE

**HALL,** *et al.*　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

Plaintiff Amos James Stroup, Jr., an Arkansas Division of Correction (ADC) inmate, filed this civil rights lawsuit *pro se* under 42 U.S.C. § 1983. Mr. Stroup claims that Defendants Hall, Lake, and Hearyman were deliberately indifferent to his serious medical needs. *Doc. 1.*

Mr. Stroup now seeks to amend his complaint. *Doc. 16.* In his proposed amended complaint, Mr. Stroup does not seek to add any new parties. In addition to alleging additional facts in support of his existing constitutional claim, he contends that Defendants committed "medical malpractice" and asks "to be compensated d[ue] to the negligence" of the Defendants. *Doc. 16 at 2-3.* The Court construes Mr. Stroup's motion as a request to bring a supplemental state-law medical malpractice claim.

IT IS THEREFORE ORDERED THAT:

1.　　Mr. Stroup's motion to amend his complaint (*Doc. 16*) is GRANTED.

2.　　The Clerk is instructed to file Mr. Stroup's motion to amend (*Doc. 16*)

as an amended complaint.

Dated this 7th day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE