IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**AMOS JAMES STROUP, JR.**  **PLAINTIFF**
**ADC #108618**

V.        NO. 3:21-cv-158-DPM-ERE

**HALL**, *et al.*        **DEFENDANTS**

## ORDER

Pending before the Court is Plaintiff Amos James Stroup, Jr.'s motion for status update. *Doc. 33*. In his motion, Mr. Stroup requests information regarding discovery.[1]

On October 29, 2021, the Court issued its Initial Scheduling Order staying discovery until the Court resolves any exhaustion issues. *Doc. 15*.

On January 12, 2022, the Court recommended that the Defendants' motion for partial summary judgment on the issue of exhaustion be denied. *Doc. 32*. That Recommendation remains pending. Accordingly, discovery is currently stayed.

IT IS THEREFORE ORDERED THAT:

Mr. Stroup's motion for status update (*Doc. 33*) be GRANTED.

---

[1] In his motion, Mr. Stroup explains that he responded to Defendants' discovery requests. Because discovery is currently stayed, the Court is unclear why Defendants propounded discovery requests on Mr. Stroup.

DATED this 2nd day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE