# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

AMOS JAMES STROUP, JR.
ADC #108618                                                                PLAINTIFF

v.                         No. 3:21-cv-158-DPM-ERE

MARJORIE HALL, HAS/Infirmary Supervisor,
WellPath, N.C.U., Medical; SANDRA LAKE,
APN, WellPath, N.C.U., Medical; MARTY
HEARYMAN, Dr., WellPath, N.C.U., Medical         DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Ervin's unopposed partial recommendation, *Doc.* 32. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for partial summary judgment, *Doc. 26*, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 February 2022