IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AMOS JAMES STROUP, JR.
ADC #108618                                                                                    PLAINTIFF

V.                                    NO. 3:21-cv-158-DPM-ERE

HALL, *et al.*                                                                                 DEFENDANTS

## ORDER

Pending before the Court is Plaintiff Amos James Stroup, Jr.'s motion to compel. *Doc. 35*. Mr. Stroup states that he provided timely responses to Defendants' discovery requests, but Defendants have failed to respond to his.

Defendants explain that they mailed discovery requests to Mr. Stroup *before* the Court stayed discovery. *Doc. 36*. Due to the stay (*Doc. 15*), Defendants have not responded to Mr. Stroup's requests, and they did not expect that Mr. Stroup would provide responses while the stay is in place. *Doc. 36 at 2*. In addition, Defendants have notified Mr. Stroup, by letter, that they will respond to his discovery requests when the Court lifts the stay.

IT IS THERFORE ORDERED THAT Mr. Stroup's motion to compel (*Doc. 35*) is DENIED as premature.

DATED this 10th day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE