IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AMOS JAMES STROUP, JR.
ADC #108618                                                                                    PLAINTIFF

V.                         NO. 3:21-cv-158-DPM-ERE

MAJORIE HALL, *et al.*                                                                    DEFENDANTS

## ORDER

Pending before the Court is Plaintiff Amos James Stroup's motion to clarify. *Doc. 43*. In his motion, Mr. Stroup requests information regarding the individuals mentioned in this Court's Scheduling Order (*Doc. 41*). Those names were improperly included in the Court's Order. They are not parties to this lawsuit. The Court apologizes for any confusion.

Mr. Stroup's motion to clarify (*Doc. 43*) is GRANTED.

IT IS SO ORDERED this 28th day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE