IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AMOS JAMES STROUP JR.
ADC #108618                                                                                    PLAINTIFF

v.                              No. 3:21-cv-158-DPM

MARJORIE HALL, HSA/Infirmary
Supervisor, WellPath, N.C.U., Medical;
SANDRA LAKE, APN, WellPath, N.C.U.,
Medical; and MARTY HEARYMAN,
Dr., WellPath, N.C.U., Medical                                                              DEFENDANTS

ORDER

The Court adopts Magistrate Judge Ervin's unopposed recommendation, *Doc. 67*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Stroup's copy was returned undeliverable a month ago. *Doc. 68*. And he has not updated his address. Defendants' motion for partial summary judgment, *Doc. 53*, is granted. Stroup's deliberate indifference claims against Defendants Hall, Lake, and Hearyman will be dismissed with prejudice. And the Court declines to exercise supplemental jurisdiction over his Arkansas state law medical malpractice claim. 28 U.S.C. § 1367(c)(3). Stroup's motion for partial summary judgment, *Doc. 48*, is denied without prejudice as moot.

-2-

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 February 2023