IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AMOS JAMES STROUP JR.
ADC #108618                                                              PLAINTIFF

v.                          No. 3:21-cv-158-DPM

MARJORIE HALL, HSA/Infirmary
Supervisor, WellPath, N.C.U.,
Medical; SANDRA LAKE, APN,
WellPath, N.C.U., Medical; MARTY
HEARYMAN, Dr., WellPath, N.C.U.,
Medical; and WELLPATH INC.,
Medical Provider, N.C.U                                                  DEFENDANTS

## JUDGMENT

Stroup's deliberate indifference claims against Defendants Hall, Lake, and Hearyman are dismissed with prejudice. His Arkansas law medical malpractice claim and his claim against WellPath Inc. are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 February 2023